# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JACOB C. RUSSELL,** <br><br> Defendant. | PO-19-05159-GF-JTJ <br><br> **VIOLATIONS:** <br> 7353007 <br> 7353008 <br> 7353009 <br> Location Code: M13 <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $750 ($90 fine and a $30 processing fee violation number 7353007 and $600 fine and $30 processing fee for violation number 7353008). The total fine amount will be paid in full on or before April 3, 2020. Payment(s) should be mailed to the following address:

> Central Violations Bureau
> P.O. Box 780549
> San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS ALSO ORDERED that the defendant shall enroll in and complete the Montana Assessment, Course and Treatment Program on or before April 3, 2020.

IT IS FINALLY ORDERED that violation 7353009 is DISMISSED, and the initial appearance in the above captioned matter, currently scheduled for December 5, 2019, is VACATED.

DATED this 4th day of December, 2019.

_____
John Johnston
United States Magistrate Judge